# EXHIBIT LIST

## EXHIBIT A
Affidavit of Service, Special Process Server

## EXHIBIT B
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
James Rosemeyer, Contributions Manager

## EXHIBIT C
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
Daniel P. McAnally, Plaintiffs Attorney

# Exhibit A

**Exhibit   A**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES of the REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, WELFARE FUND
and APPRENTICE & TRAINEE PROGRAM FUND

V.

THE SHELF GUY, INC. a dissolved Illinois
corporation and CHARLES WALLER,
individually and d/b/a THE SHELF GUY, INC.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**08 C 787**

**JUDGE DOW
MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

THE SHELF GUY, INC.
c/o CHARLES WALLER, PRESIDENT
1233 AMBERWOOD DRIVE
CRYSTAL LAKE, IL 60014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

--------------------------------
**(By) DEPUTY CLERK**

**February 6, 2008**
----------------------------------------
**Date**

ClientCaseID:   N7599/DPM
Law Firm ID:    WHITFIEL

**\* 1 7 9 2 0 2 A \***

CaseReturnDate:   4/4/08

**Affidavit of  Special Process Server**

## UNITED STATES DISTRICT COURT

Case Number **08C787**

I, **LARRY E. BIELA**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED  DEFENDANT  **The Shelf Guy, Inc.**
PERSON SERVED **CHARLES WALLER, PRESIDENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **3/12/08**

That the sex, race and approximate age of the person whom I left the    **SUMMONS AND COMPLAINT**
are as follow:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | MALE | **Race** | WHITE | **Age** | 45 |
| **Height** | 6'1 | **Build** | THIN | **Hair** | BROWN |

LOCATION OF SERVICE   **1233    Amberwood Drive**
**Crystal Lake, IL, 60014**

Date Of Service    **3/12/08**        Time of Service    **7:04 PM**

LARRY E. BIELA                                      3/13/2008
**Special Process Server**
P.E.R.C.#129-215788

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# Exhibit
# B

**Exhibit   B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 08 C 787 |
| | ) | Judge Dow |
| v. | ) ) | |
| THE SHELF GUY, INC. a dissolved Illinois corporation and CHARLES WALLER, individually and d/b/a THE SHELF GUY, INC., a sole proprietorship | ) ) ) ) ) | |
| Defendant. | ) ) | |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

James Rosemeyer declares as follows:

1.    I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund ("Trust Funds") and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2.    The Defendant executed an Agreement with the Chicago and Northeast Illinois Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.    Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.     Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports which list the number of hours worked by its carpenter employees and the Defendant is required to pay contributions based upon the hours listed.

5.     The Defendant submitted the contribution reports for the period November 2007 through January 2008 but did not pay the contributions.  The reports show that $17,419.74 is owed in ERISA contributions.  The Defendant also failed to remit the union dues it withheld from the employees' wages.  The amount of dues withheld is $809.97 for the period December 2007 through January 2008.

6.     Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages.  The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month.  The amount of liquidated damages owed is $1,013.04 for the period November 2007 through January 2008.

7.     The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. §1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $243.07.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.


Date:          April 11, 2008

Signature:     _Jane Rosen_

2

24060  THE SHELF GUY INC
1233 AMBERWOOD DRIVE
CRYSTAL LAKE   IL 60014

| | FRINGES | DUES | LD'S | INTEREST |
|---|---|---|---|---|
| Nov-07 | $2,983.26 | $0.00 | $230.56 | $64.04 |
| Dec-07 | $7,844.48 | $418.06 | $481.37 | $118.72 |
| Jan-08 | $6,592.00 | $391.91 | $301.11 | $60.31 |
| TOTAL | $17,419.74 | $809.97 | $1,013.04 | $243.07 |

| TOTAL AMOUNT DUE | $19,485.82 |
|---|---|

Summary of Contributions, Liquidated Damages & Interest Due
For The Reporting Period(s) Specified Below
Computed Through April 9, 2008

| Employer Information | |
|---|---|
| File Number   24060<br>Name          THE SHELF GUY<br>Address       1233 AMBERWOOD DRIVE<br>City, State   CRYSTAL LAKE, IL. 60014-0000<br>Telephone | Page Number 1 of 3<br>Reference Number:  8-43<br>Date Printed: 04/09/2008 |

| Reporting Period | Delinquent Contributions | Liquidated Damages (1) | Interest(1) | Total Due |
|---|---|---|---|---|
| November, 2007 | $ 2,983.26 | $ 230.56 | $ 64.04 | $ 3,277.86 |
| December, 2007 | 7,844.48 | 481.37 | 118.72 | 8,444.57 |
| January, 2008 | 6,592.00 | 301.11 | 60.31 | 6,953.42 |
| Grand Total | $ 17,419.74 | $ 1,013.04 | $ 243.07 | $ 18,675.85 |

(1) See Attached Computation

**Total Amount Due : $ 18,675.85 If Paid by April 9, 2008**

Computation of Liquidated Damages
For The Reporting Period(s) Specified Below
Computed Through April 9, 2008

### Employer Information

| File Number | 24060 | | |
| Name | THE SHELF GUY | | Page Number 2 of 3 |
| Address | 1233 AMBERWOOD DRIVE | | Reference Number:  8-43 |
| City, State | CRYSTAL LAKE, IL. 60014-0000 | | Date Computed: 04/09/2008 |
| Telephone | | | |

| Reporting Period | Contributions Due | Computation Base | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|---|
| November, 2007 | $ 2,983.26 | $ 2,983.26 | 5 | $ 230.56 | $ 230.56 |
| December, 2007 | 7,844.48 | 7,844.48 | 4 | 481.37 | 481.37 |
| January, 2008 | 6,592.00 | 6,592.00 | 3 | 301.11 | 301.11 |
| Total | $ 17,419.74 | | | | $ 1,013.04 |

*(2) 1.50% Compounded per Month (or portion thereof)*

Computation of Interest
For The Reporting Period(s) Specified Below
Computed Through April 9, 2008

### Employer Information

**File Number** 24060
**Name** THE SHELF GUY
**Address** 1233 AMBERWOOD DRIVE
**City, State** CRYSTAL LAKE, IL. 60014-0000
**Telephone**

Page Number 3 of 3
Reference Number: 8-43
Date Computed: 04/09/2008

| Reporting Period | Contributions Due | Computation Base | Delinquent Period From | To | Days | Computed Interest (3) | Total Interest For Reporting Period |
|---|---|---|---|---|---|---|---|
| November, 2007 | $ 2,983.26 | $ 2,983.26 | 12/21/2007 - 04/09/2008 | | 111 | $ 64.04 | $ 64.04 |
| December, 2007 | 7,844.48 | 7,844.48 | 01/21/2008 - 04/09/2008 | | 80 | 118.72 | 118.72 |
| January, 2008 | 6,592.00 | 6,592.00 | 02/21/2008 - 04/09/2008 | | 49 | 60.31 | 60.31 |
| Total | $ 17,419.74 | | | | | $ 243.07 | |

(3) Compounded Daily per Internal Revenue Code Section 6621

# Exhibit C

**Exhibit   C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 787 |
| | ) ) | Judge Dow |
| v. | ) ) | |
| THE SHELF GUY, INC. a dissolved Illinois corporation and CHARLES WALLER, individually and d/b/a THE SHELF GUY, INC. a sole proprietorship | ) ) ) ) ) | |
| Defendant. | ) ) | |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

Daniel P. McAnally declares as follows:

1.    I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2.    I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3.    I have in excess of 13 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to collect delinquent employer contributions.

4.    The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of attorneys' fees and costs incurred if the Trust Funds utilize legal counsel to collect unpaid ERISA contributions.

5.    I have devoted 9.65 hours in connection with the this case at the rate of $175.00 per hour. The total attorney fees billings is $1,688.75.

6.    In addition, the filing fee was $350.00 and the fees for service of process were an additional $110.00. These costs total $460.00.

7.    I certify that the attached detailed attorney fees and costs totaling $2,148.75 were necessary and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:  April 11, 2008

s/ DANIEL P. McANALLY

Attorney for the Trustees of the Chicago
Regional Council of Carpenters Pension Fund,
et al.

2

4/11/2008                            WHITFIELD, McGANN & KETTERMAN
12:42 PM                                    Slip Listing                                    Page          1

---

| Selection Criteria |
|---|

| Case (hand select) | Include: CTF-C./N7599/24060 |
|---|---|
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7599/24060 |
| Slip.Transaction Ty | 1 - 1 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 353315          TIME<br>2/1/2008<br>Billed          G:73020        3/3/2008<br>LEXIS FEE: Search Illinois Secretary of<br>State database for corporate information<br>including registered agent of the corporation<br>for purposes of service; search for related<br>companies; perform asset search of<br>company and principals. | CPW<br>Lexis<br>CTF-C./N7599/24060 | ▬▬<br>0.00<br>0.00<br>0.00 | ▬▬<br>A@1 | ▬▬ |
| 353316          TIME<br>2/1/2008<br>Billed          G:73020        3/3/2008<br>Review referral from Trust Funds; prepare<br>database and load information regarding<br>case facts, history and legal strategy.<br>Prepare/ Open  file for litigation; review<br>corporate status and registered agent<br>information for legal process. | DPM<br>Billable<br>CTF-C./N7599/24060 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |
| 353317          TIME<br>2/2/2008<br>Billed          G:73020        3/3/2008<br>Prepare summons, complaint, appearance<br>forms and civil cover sheet for Trust Funds'<br>claims and compliance matters pursuant to<br>ERISA Sec. 1132, 1145 and Taft-Hartley Act<br>Sec. 301. | DPM<br>Billable<br>CTF-C./N7599/24060 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 353318          TIME<br>2/6/2008<br>Billed          G:73020        3/3/2008<br>Prepare the complaint, summons, civil cover<br>sheet and appearance for electronic filing;<br>file the documents. | DPM<br>Billable<br>CTF-C./N7599/24060 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 353319          TIME<br>2/8/2008<br>Billed          G:73020        3/3/2008<br>Review complaint filed at the Federal Court;<br>load information regarding the filing date, | DPM<br>Billable<br>CTF-C./N7599/24060 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |

| Slip ID Dates and Time Posting Status Description | ATTORNEY Activity Case Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| case number and assigned judge into the database; review (via the Internet) the judge's standing order regarding pre-trial litigation, motion practice and status hearing dates; update file / database regarding same. | | | | |
| 353320 TIME 2/14/2008 Billed        G:73020       3/3/2008 Prepare correspondence to legal process server Scott Forrest Stern & Associates, Inc. regarding service of the summons and complaint on the defendant; prepare correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filling of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | DPM Billable CTF-C./N7599/24060 | 1.00 0.00 0.00 0.00 | 175.00 T@7 | 175.00 |
| 353865 TIME 2/28/2008 Billed        G:73020       3/3/2008 Review correspondence from Trust Fund employee, Richard Oginski regarding the $20,000 payment; correspondence to Oginsk regarding status of the litigation. | DPM Billable CTF-C./N7599/24060 | 0.75 0.00 0.00 0.00 | 175.00 T@7 | 131.25 |
| 354696 TIME 3/13/2008 Billed        G:73208       4/2/2008 Telephone conversation with Charles Waller regarding status of the litigation. | DPM Billable CTF-C./N7599/24060 | 0.10 0.00 0.00 0.00 | 175.00 T@7 | 17.50 |
| 354912 TIME 3/19/2008 Billed        G:73208       4/2/2008 Telephone conversation with Charles Waller regarding settlement and status of the litigation. | DPM Billable CTF-C./N7599/24060 | 0.20 0.00 0.00 0.00 | 175.00 T@7 | 35.00 |
| 355836 TIME 4/7/2008 WIP Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before Judge Robert M. Dow Jr.:The Court's review of the complaint indicates that it is appropriate to give this ERISA case expedited treatment. The parties are authorized to proceed with all | DPM Billable CTF-C./N7599/24060 | 0.25 0.00 0.00 0.00 | 175.00 T@7 | 43.75 |

4/11/2008                          WHITFIELD, McGANN & KETTERMAN
12:42 PM                                     Slip Listing                                    Page        3

| Slip ID | | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Case | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |

discovery. Discovery to be completed by
7/11/08. Plaintiff to make a disclosure
pursuant to Fed.R.Civ.P. 26(a)(1) by 4/4/08.
Parties to file a joint status report by 4/11/08;
download documents to the file folder; print
document and enclose in file.

| 355837 | TIME | DPM | 0.50 | 175.00 | 87.50 |
|---|---|---|---|---|---|
| 4/7/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7599/24060 | 0.00 | | |

Correspondence to Trust Fund employee,
Richard Oginski and trust fund contributions
manager, James Rosemeyer regarding an
inquiry as to status of the payments and
settlement.

| 355891 | TIME | DPM | 0.20 | 175.00 | 35.00 |
|---|---|---|---|---|---|
| 4/8/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7599/24060 | 0.00 | | |

Telephone conversation with Trust Fund
employee, Richard Oginski regarding
payments; request calculation of liquidated
damages and interest pusuant to the terms
of the trust agreements and Internal
Revenue Code.

| 356031 | TIME | DPM | 3.00 | 175.00 | 525.00 |
|---|---|---|---|---|---|
| 4/11/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7599/24060 | 0.00 | | |

Review court file to determine if Answer filed;
review office file for Answer; confirm Answer
due dates;  review U. S. District Court
website to verify the date and time that the
presiding Judge hears motions; prepare
motion for default judgment pursuant to F.
Rul. Civ. P. 55 for failure to Answer or
otherwise plead; Prepare affidavit for James
Rosemeyer,  ERISA Contributions Manager,
Chicago District Council of Carpenters' Trust
Funds in support of the Trust Funds' motion
for default judgment; affidavit to support
claim for ERISA fringe benefit contributions,
and calculation of liquidated damages and
interest pusuant to the terms of the trust
agreements and Internal Revenue Code;
prepare correspondence to Rosemeyer
regarding the affidavit and request for
execution; Review file for all entries for the
attorney billings and costs incurred; compare
with work performed on the file; prepare
attorney fee declaration / affidavit and
exhibits; incorporate amounts into the motion

WHITFIELD, McGANN & KETTERMAN
Slip Listing

| Slip ID | ATTORNEY | Units | Rate | Slip Value |
| --- | --- | --- | --- | --- |
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Case | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

and judgment order; prepare the document
for electronic filing;Prepare the document for
electronic filing; electronically file the
document with the U.S. Dist. Court clerk's
office; prepare courtesy copy for the
assigned Judge Robert M. Dow Jr..

| Grand Total | | | | |
| --- | --- | --- | --- | --- |
| | Billable | 10.15 | | 1753.75 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 10.15 | | 1753.75 |

*9.65 @ $175    $ 1688.75*

*Filing Fee    $350 —*

*Service Fees    $ 110 —*

*$ 2,148.75*

**STERN PROCESS & INVESTIGATION, LLC**          Tax ID  04-3801615
205 W. RANDOLPH ST 1210

CHICAGO, IL, 60606          Phone  (312)-853-2150          Fax   (312)-853-3119

**Customer**
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601          Phone:  (312)-251-9700   Fax: (312)-251-9701

### Invoice#      179202

Date Of Invoice:    3/13/2008

Plaintiff: Trustees of the Chicago Regioinal Council of Carpenters Pension Fund

Court CaseID:    08C787      Firm#  N7599/DPM      Case Returned Date:  4/4/08

County:          UNITED STATES DISTRICT COURT

Process Server:   LARRY E. BIELA          ProcessType:    SUMMONS AND COMPLAINT

| Defendant:#1  The Shelf Guy, Inc. | Type Of Service:  CORPORATE SERVICE |
|---|---|
| Person Served:   CHARLES WALLER, PRESIDENT | Date Of Service:  3/12/2008    Time:  7:04 PM |
| Sex  MALE     Age  45      Height 6'1     Build  THIN | Hair Color  BROWN      Race  WHITE |

| Defendant:#2  Charles Waller | Type Of Service:  PERSONAL SERVICE |
|---|---|
| Person Served:   CHARLES WALLER | Date Of Service:  3/12/2008    Time:  7:04 PM |
| Sex  MALE     Age  45     Height 6'1     Build  THIN | Hair Color  BROWN      Race  WHITE |

Location   1233   Amberwood Drive  , Crystal Lake, IL, 60014      Type Of Premise:   SINGLE FAMILY HOME

| | | | |
|---|---|---|---|
| Delivery Charge | $55.00 | Rush | $0.00 |
| Bad Address | $0.00 | Filing | $0.00 |
| No Contact | $0.00 | Investigation | $0.00 |
| Database/Skip | $0.00 | Advanced fees | $0.00 |

**Total:**          **$55.00**

| | | | |
|---|---|---|---|
| Date Received | Check No | Amount Received | $0.00 |
| | | Balance Due | $55.00 |

**INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED**

**PAYABLE UPON RECEIPT, 2% PER MONTH**

**STERN PROCESS & INVESTIGATION, LLC**          Tax ID  04-3801615
205 W. RANDOLPH ST 1210
CHICAGO, IL, 60606          Phone (312)-853-2150    Fax  (312)-853-3119

Customer
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601          Phone:  (312)-251-9700  Fax: (312)-251-9701

## Invoice#      177212

Date Of Invoice:    3/6/2008

Plaintiff: Trustees of the Chicago Regioinal Council of Carpenters Pension Fund

Court CaseID:    08C787      Firm#  N7599/DPM      Case Returned Date:   3/14/08

County:          UNITED STATES DISTRICT COURT

Process Server:    LARRY E. BIELA          ProcessType:    SUMMONS AND COMPLAINT

| Defendant:#1   The Shelf Guy, Inc. | | | | Type Of Service:   NON-SERVICE | |
| Person Served: | | | | Date Of Service:   3/6/2008 | Time:   5:30 AM |
| Sex | Age | Height | Build | Hair Color | Race |

| Defendant:#2 | | | | Type Of Service: | |
| Person Served: | | | | Date Of Service: | Time: |
| Sex | Age | Height | Build | Hair Color | Race |

Location   1233   Amberwood Drive , Crystal Lake, IL, 60014      Type Of Premise:   SINGLE FAMILY HOME

| | | | | | |
|---|---|---|---|---|---|
| Delivery Charge | $0.00 | Rush | $0.00 |
| Bad Address | $0.00 | Filing | $0.00 |
| No Contact | $55.00 | Investigation | $0.00 |
| Database/Skip | $0.00 | Advanced fees | $0.00 |

**Total:**          **$55.00**

Date Received          Check No          Amount Received          $0.00

Balance Due          $55.00

### INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
### PAYABLE UPON RECEIPT, 2% PER MONTH

I ATTEMPTED SERVICE ON 02/17/08 @ 7:10 PM, THERE WAS NO ONE HOME.  ON 02/18/08 @ 7:50 AM, THERE WAS NO ONE HOME.  ON 02/21/08 @ 8:20 AM, THERE WAS NO ONE HOME.  ON 02/25/08 @ 8:05 PM, THERE WAS NO ONE HOME.  ON 02/27/08 @ 6:20 AM, THERE WAS NO ONE HOME.  I SPOKE TO A NEIGHBOR ON STREET, HOWEVER, HE HAD NO INFORMATION.  ON 02/28/08 @ 12:30 PM, THERE WAS NO ONE HOME.  ON 03/04/08 @ 6:59 AM, THERE WAS NO ONE HOME.  I SPOKE TO ANOTHER NEIGHBOR, WHO RELATED TO ME THAT, MR. WALLER LEAVES EARLY FOR WORK.  ON 03/06/08 @ 5:30 AM, THERE WAS NO ONE HOME.  NO CONTACT.  UNABLE TO SERVE.  A SKIPTRACE FOUND THIS TO BE THE MOST CURRENT ADDRESS FOR THE

ClientCaseID:  N7599/DPM
Law Firm ID:   WHITFIEL


\* 1 7 7 2 1 2 A \*

CaseReturnDate:    3/14/08

Affidavit of  Special Process Server

## UNITED STATES DISTRICT COURT
Case Number **08C787**

I, **LARRY E. BIELA**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## NON-SERVICE

DEFENDANT NAME **The Shelf Guy, Inc.**
I HAVE ATTEMPTED TO SERVE      **SUMMONS AND COMPLAINT**
AT THE LOCATION   **1233**  Amberwood Drive                    Crystal Lake, IL, 60014
BEING A                **SINGLE FAMILY HOME**
ON THE DEFENDANT ON THIS CAUSE AND HAVE BEEN UNABLE TO SERVE BECAUSE:

I ATTEMPTED SERVICE ON 02/17/08 @ 7:10 PM, THERE WAS NO ONE HOME.  ON 02/18/08 @ 7:50 AM, THERE WAS NO ONE HOME.  ON 02/21/08 @ 8:20 AM, THERE WAS NO ONE HOME.  ON 02/25/08 @ 8:05 PM, THERE WAS NO ONE HOME.  ON 02/27/08 @ 6:20 AM, THERE WAS NO ONE HOME.  I SPOKE TO A NEIGHBOR ON STREET, HOWEVER, HE HAD NO INFORMATION.  ON 02/28/08 @ 12:30 PM, THERE WAS NO ONE HOME.  ON 03/04/08 @ 6:59 AM, THERE WAS NO ONE HOME.  I SPOKE TO ANOTHER NEIGHBOR, WHO RELATED TO ME THAT, MR. WALLER LEAVES EARLY FOR WORK.  ON 03/06/08 @ 5:30 AM, THERE WAS NO ONE HOME.  NO CONTACT.  UNABLE TO SERVE.  A SKIPTRACE FOUND THIS TO BE THE MOST CURRENT ADDRESS FOR THE DEFENDANT.  FURTHER ATTEMPTS WILL BE MADE AT THIS ADDRESS.

Date Of Last Attempt    **3/6/08**              Time        **5:30 AM**

--------------------------------------------------------------------------
LARRY E. BIELA                                      3/6/2008
**Special Process Server**
P.E.R.C.#129-215788

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

--------------------------------------------------------------------------