IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 787 Judge Dow |
| v. | ) ) ) | |
| THE SHELF GUY, INC. a dissolved Illinois corporation and CHARLES WALLER, individually and d/b/a THE SHELF GUY, INC., a sole proprietorship | ) ) ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF MOTION

Charles Waller
THE SHELF GUY, INC.
1233 Amberwood Drive
Crystal Lake, IL 60014

PLEASE TAKE NOTICE that on **Thursday, April 17, 2008** I shall appear before the Honorable Judge Dow at approximately 9:15 a.m. in Courtroom 1919 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Default Judgment.

TRUSTEES of the CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

s/DANIEL P. McANALLY

Certificate of Service
I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Default Judgment via U.S. first class mail to the person/s to who said Notice is directed on April 11, 2008, s/Daniel P. McAnally.

Attorney for Plaintiffs
Whitfield & McGann
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700
Attorney No. 6205288