IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 787 Judge Dow |
| v. | ) ) | |
| THE SHELF GUY, INC. a dissolved Illinois corporation and CHARLES WALLER, individually and d/b/a THE SHELF GUY, INC., a sole proprietorship | ) ) ) ) | |
| Defendant. | ) ) ) | |

NOTICE OF VOLUNTARY DISMISSAL
AS TO DEFENDANT CHARLES WALLER

PLEASE TAKE NOTICE that on April 14, 2008, pursuant to Fed. R. Civ. P. 41 (a)(1)(I), the plaintiffs hereby voluntarily dismiss this action without prejudice as to Defendant Charles Waller only.

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND et al.

By: s/ DANIEL P. McANALLY
        Attorney for Plaintiffs

Certificate of Service
        I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Notice of Dismissal via U.S. first class mail to the person/s to who said Notice is directed on April 14, 2008.

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700
Attorney No. 6205288