Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 787 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Trustees of Chgo. Regional,etc.,et al vs. The Shelf Guy, Inc., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to Fed.R.Civ.P. 4l(1)(I)(I), the Plaintiff voluntarily dismisses this action without prejudice as to Defendant Charles Waller only [10].
MOTION by Plaintiffs for default judgment as to The Shelf Guy,Inc. [8] is granted. ENTER JUDGMENT ORDER: It is hereby ordered that judgment is entered in behalf of the Plaintiffs and against the Defendant, The Shelf Guy, Inc., in the sum of $21,634.57.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|