

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL ) <br> OF CARPENTERS PENSION FUND, CHICAGO ) <br> REGIONAL COUNCIL OF CARPENTERS WELFARE ) <br> FUND, CHICAGO REGIONAL COUNCIL OF ) <br> CARPENTERS APPRENTICE & TRAINEE FUND ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE SHELF GUY, INC. a dissolved Illinois ) <br> corporation and CHARLES WALLER, individually ) <br> and d/b/a THE SHELF GUY, INC., ) <br> a sole proprietorship ) <br> ) <br> Defendant. ) | Case No. 08 C 787 <br><br> Judge Dow |

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on February 6, 2008 and the Defendant, THE SHELF GUY, INC., was personally served with copies of Summons and Complaint; and

WHEREAS, THE SHELF GUY, INC. has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against THE SHELF GUY, INC. in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, THE SHELF GUY, INC., in the sum of **$21,634.57** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (11/07 - 01/08) | $17,419.74 |
| b) | Interest on ERISA Contributions | $243.07 |
| c) | Liquidated Damages (11/07 - 01/08) | $1,013.04 |
| d) | Union Dues (12/07 - 01/08) | $809.97 |
| e) | Attorney Fees and Costs | $2,148.75 |
| | **TOTAL** | **$21,634.57** |

ENTERED:

_____
ROBERT M. DOW JR.
UNITED STATES DISTRICT JUDGE

DATED: April 17, 2008