## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2006, I electronically filed the foregoing **Appearance of David L. Christlieb** with the Clerk of the U.S. District Court using the CM/ECF system. Notification of this filing will be sent electronically from the Clerk of the Court to the following parties of record:

Daniel P. McAnally
Whitfield McGann& Ketterman
111 East Wacker Drive
Suite 2600
Chicago, IL  60601

By:    /s/ David L. Christlieb
       David L. Christlieb
       Attorney for Plaintiff
       Littler Mendelson, P.C.
       200 N. LaSalle Street
       Suite 2900
       Chicago, IL  60601
       Telephone:  (312) 372-5520
       Facsimile: (312) 372-7880
       E-Mail:  dchristlieb@littler.com