IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION, WELFARE and APPRENTICE TRAINEE FUNDS | ) ) ) | |
| Plaintiffs Judgment Creditors, | ) | Case No. 08 C 787 |
| | ) | Judge Dow |
| v. | ) ) | |
| | ) | |
| THE SHELF GUY INC. et al. | ) | |
| Defendant Judgment Debtor, | ) | |
| | ) ) | |
| HARRIS BANK N.A. | ) | |
| Third Party Citation Respondent. | ) | |

## AGREED ORDER OF TURN OVER AND DISMISSAL OF CITATION

To:   Harris Bank N.A. (fax : 312-461-1546)
      111 West Monroe 21 E
      Chicago, IL 60603

The Judgment Creditors, by their attorney Daniel P. McAnally and the Judgment Debtor by its Officer, Charles Waller, hereby agree that Harris Bank N.A. turn over to the Judgment Creditors the sum of $847.55 held by Harris Bank N.A. pursuant to a citation to discover assets previously served on Harris Bank N.A.

Upon turn over of the funds, this Agreed Order will serve to terminate and release the citation proceeding as to Harris Bank N.A. and further authorize Harris Bank N.A. to lift the freeze on all accounts of The Shelf Guy Inc. et al.

By: _____          By: _____
Daniel P. McAnally                   Charles Waller, Officer
Attorney for Judgment Creditor       The Shelf Guy Inc. et al.

Date: ___June 26, 2008___   Date: ___June 26, 2008___

Certificate of Service
I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Agreed Turnover and Release and Discharge of Citation to Discover Assets by U.S. first class mail to the person/s to who said Notice is directed on June 25, 2008.

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312-251-9700
Attorney No. 6205288