IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND WELFARE FUND and APPRENTICE & TRAINEE PROGRAM FUND ) ) ) ) ) ) Judgment Creditor, ) ) ) v. ) ) THE SHELF GUY, INC. et al. ) ) ) Judgment Debtor. ) | Case No. 08 C 787 Judge Dow |

## CITATION NOTICE

Name and Address of Court:
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen Building
219 S. Dearborn Street
Chicago, Illinois 60604

Address of Judgment Debtor:
The Shelf Guy, Inc. et al.
Charles Waller
Owner
1233 Amberwood Drive
Crystal Lake, IL 60014

Name and address of Attorney for Judgment Creditor:
Daniel P. McAnally
Whitfield & McGann
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
312-251-9700

Amount of Judgment:     $21,634.57

Balance:                $21,634.57

Name of Person Receiving Citation:   Harris Bank

Hearing Date and Time:     **Wednesday, June 25, 2008 at 2:00 p.m.**

NOTICE:     The court has issued a citation against the person named above. The citation directs that person to appear at 111 E. Wacker Drive, Suite 2600, Chicago, Illinois, 60601 to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the hearing date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment. The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law.

(Rev. 10/26/01) CCG 0644 B

**ANSWER**

___Harris N.A._____, certify under penalty of perjury that with regard to the
Citation Respondent
property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ _____
B) Checking and / or Now Account (Amount withheld) $ _1639.91_
C) Certificate of Deposit (Amount held) $ _____
D) Money Market Account (Amount held) $ _____
E) Trust Account (Amount held) $ _____
F) Safety Deposit Box $ _____
G) No Accounts _____
H) Adverse Claimant: Name _____ Address _____
I) Wages, Salary or Commissions _____
J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

Sub Total _1639.91_

Less right of offset for other loans
Less deduction for fees limited by
205 ILCS 5/48.1

Total _1639.91_

FILED
JUN 23 2008
JUN 0 0 2008
JUN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

_____
Agent for Citation Respondent

_____ on oath state.
I am over 21 years of age and not a party to this case. I served the citation to discover assets as follows:
on _____ by leaving a copy with the third party defendant on _____, _____
at the hour of _____ . m. at _____ Street, _____ County, Illinois
On the third party defendant _____ by mailing a copy on _____, _____
by certified mail addressed to agent of the third party defendant, return receipt requested.

(attached green card receipt
of service here)                                    **Signed and sworn by party making service

_____, _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**